UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 12-44593

JAMES LOUIS DEMETER,                                Chapter 7
and
GLORY LEE DEMETER,                                  Judge Thomas J. Tucker

          Debtors.
_____/

**ORDER OVERRULING TRUSTEE'S OBJECTION TO DEBTORS'
CLAIMS OF EXEMPTION UNDER 11 U.S.C. § 522(d)(1)**

     This case came before the Court on the Chapter 7 Trustee's objection to the Debtors' claims of exemption (Docket # 26, the "Exemption Objections"). In its Opinion and Order filed on June 19, 2012 (Docket # 62), the Court ruled in part on the Exemption Objections. Currently remaining unresolved is the part of the Exemption Objections that object to the Debtors' claims of exemption, under 11 U.S.C. § 522(d)(1), of the real property at 5192 U.S. 23, Cheboygan, Michigan.

     The Court held an evidentiary hearing, on July 9, 2012, and took the matter under advisement. Today the Court has filed a written opinion (Docket # 80). For the reasons stated in the Court's written opinion,

     IT IS ORDERED that to the extent that the Exemption Objections (Docket # 26) object to the Debtors' claims of exemption, under 11 U.S.C. § 522(d)(1), of the real property at 5192 U.S. 23, Cheboygan, Michigan, the objections are overruled, and those exemptions are allowed.

**Signed on August 31, 2012**          /s/ Thomas J. Tucker
                                                  **Thomas J. Tucker
United States Bankruptcy Judge**